BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant LY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-70108 MAG (MEJ) |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF BAIL CONDITIONS |
| v. | ) | |
| PING LY, | ) | Next Date: March 21, 2008 |
| | ) | Time: 9:30 a.m. |
| Defendants. | ) | Court: Honorable Joseph C. Spero |

    Defendant Ping Ly hereby moves the Court to remove one condition of pretrial release; the mandatory drug testing condition.  As the underlying offense in this matter relates to passport fraud, and the Pretrial Services report from the Eastern District indicates no drug or alcohol use on the part of Mr. Ly (with the exception of Mr. Ly's admission that in high school that he occasionally experimented with marijuana), Mr. Ly respectfully requests the Court to remove the condition.  The condition requires Mr. Ly to call the drug services provider every day, and drive to the testing location when called upon.  Mr. Ly was injured in a car accident in December, 2007 and lost an eye during that accident.  He is currently trying to avoid driving an automobile as much as possible while

he adjusts to only being able to see out of one eye.

United States Pretrial Services Officer Alan Lew has been contacted by defense counsel about this request, and has no objection to the request for modification.

Assistant United States Attorney Wendy Thomas has been contacted by defense counsel, and has no objection to the request, as indicated by her signature below.

WHEREFORE, defendant Ly respectfully request this Court to grant the proposed modification, and to remove the drug testing condition from his conditions of pretrial release set in the Eastern District of California. If the Court so agrees, USPTO Allen Lew will notify the Eastern District of the Court's order.

IT IS SO STIPULATED.

DATED:        3/10/08            /S/_____
                                 ELIZABETH M. FALK
                                 Assistant Federal Public Defender

DATED:        3/10/08            /S/_____
                                 WENDY M. THOMAS
                                 Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE SHOWN, it is hereby ORDERED that the bail conditions of defendant Ping Ly be modified. The mandatory drug testing condition is hereby SUSPENDED. All of the other terms and conditions of the bond remain in effect.

DATED:  _____

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE