rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | | | | | TOTAL TIME (mins): 3 mins | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** | | DEPUTY CLERK | | | | REPORTER/FTR | | |
| **MINUTE ORDER** | | Karen L. Hom | | | | FTR 10:07 to 10:12 | | |
| MAGISTRATE JUDGE | | DATE | | | | NEW CASE | CASE NUMBER | |
| JOSEPH C. SPERO | | March 10, 2008 | | | | ☐ | 3-08-70108 MEJ | |

| **APPEARANCES** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD. ☒ RET. ☐ | |
| Ping Ly | | N | | P | Elizabeth Falk | | APPT. ☐ | |
| U.S. ATTORNEY | | INTERPRETER | | | ☐ FIN. AFFT | ☒ | COUNSEL APPT'D | |
| Wendy Thomas | | | | | SUBMITTED | | | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR ☒ | | PARTIAL PAYMENT ☐ | | |
| | Allen Lew | | | APPT'D COUNSEL | | OF CJA FEES | | |

| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING | |

| **INITIAL APPEARANCE** | | | | |
|---|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | |

| **ARRAIGNMENT** | | | | |
|---|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | |

FILED

| **RELEASE** | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | |

MAR 1 0 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | | | | |
|---|---|---|---|---|

| **PLEA** | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| **CONTINUANCE** | | | | |
|---|---|---|---|---|
| TO: 03/21/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: 9:30 AM | ☒ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. Judge Spero | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| **ADDITIONAL PROCEEDINGS** |
|---|

Court adopted the conditions of release that were set forth in the E. District of CA. Gov't to prepare Order. Dft to report to USM for processing.

KLH, JCS                                                    DOCUMENT NUMBER: